UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

UNITED STATES OF AMERICA § 

§ 

vs. §    NO:  WA:12-CR-00104(1)-ADA

§ 

(1) ANDRE NEGEL HAYNES §

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  January 6, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) ANDRE NEGEL HAYNES, which alleged that Haynes violated a condition of his supervised release and recommended that Haynes 's supervised release be revoked (Clerk's  Document No. 40).  A warrant issued and Haynes was arrested.  On May 1, 2026, Haynes appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Haynes appeared before the magistrate judge on May 12, 2026, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on May 13, 2026, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Haynes, the magistrate judge recommends that this court revoke Haynes supervised release and that Haynes be sentenced to imprisonment for TWENTY-FOUR (24) months, with access to mental health and substance abuse treatment, with no term supervised  release to follow the term of imprisonment  (Clerk's Document  No. 54).

A party may serve and file specific,  written  objections to the proposed  findings and recommendations of a magistrate  judge within fourteen  days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).   A party's failure to timely file written  objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds  of plain error, from attacking  on appeal the unobjected-to proposed  factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 12, 2026, following the hearing on the motion to revoke supervised release, all parties  signed  a Waiver  Of Fourteen  Day Rule  For Filing  Objections To Report  and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 53). The court, having reviewed the entire record  and  finding no plain  error, accepts and adopts the  report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 54 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ANDRE NEGEL HAYNES's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ANDRE NEGEL HAYNES be imprisoned for TWENTY-FOUR (24) months, with access to mental health and substance abuse treatment, with no term of supervised release.

Signed this 13th day of May, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE